PER CURIAM.
 

 We affirm the denial of appellant’s four postconviction motions. However, the lower court also entered an order barring any further pro
 
 se
 
 pleadings. If a court wishes to bar a defendant from filing further
 
 pro se
 
 motions, it must issue a show cause order to provide the defendant with notice and an opportunity to respond.
 
 See State v. Spencer,
 
 751 So.2d 47 (Fla.1999). Accordingly, we reverse the lower court’s order barring
 
 pro se
 
 pleadings, and remand for the court to comply with' the requirements of
 
 Spencer.
 

 AFFIRMED IN PART, REVERSED IN PART, and REMANDED.
 

 HAWKES, C.J., VAN NORTWICK and THOMAS, JJ., concur.